UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00043-MOC

| | |
|---|---|
| **MSCI 2007-HQ12 PHILLIPS LANE, LLC,** | ) |
| Appellant, | ) |
| Vs. | ) ORDER |
| **LARRY DEAN AUSTIN,** | ) |
| Appellee. | ) |

**THIS MATTER** is before the Court on periodic docket review. Respective counsel have advised the Court that the resolution of a related appeal in 5:17cv26, and the underlying proceeding in bankruptcy, has mooted this appeal. The Court commends all counsel on keeping it so advised as such aids the efficient administration of justice.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this Appeal is **DISMISSED** without prejudice as **MOOT**.

Signed: February 27, 2018

Max O. Cogburn Jr.
United States District Judge